**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Manuel Garcia IRIARTE, Defendant-Appellant.**

**No. 25878.**

United States Court of Appeals,
Ninth Circuit.

March 22, 1971.

Rehearing Denied April 12, 1971.

Ralph R. Lopez, of Lopez & Reinhart, Salinas, Cal., for appellant.

Harry D. Steward, U. S. Atty., Robert H. Filsinger, James W. Brannigan, Jr., Asst. U. S. Atty., San Diego, Cal., for appellee.

Before CHAMBERS, KOELSCH and BROWNING, Circuit Judges.

PER CURIAM:

The judgment of conviction if affirmed.

The ground for appeal is that: Trial counsel was incompetent. We simply do not find this to be so.

■

**UNITED STATES of America**

v.

**Lionel Adolph JOSEPH, Appellant.**

**No. 18365.**

United States Court of Appeals,
Third Circuit.

Argued May 7, 1970.

Reargued Nov. 24, 1970.

Decided April 7, 1971.

Richard A. Axelrod, Shuman, Denker & Land, Philadelphia, Pa., for appellant.

Charles B. Burr, II, Asst. U. S. Atty., Philadelphia, Pa. (Louis C. Bechtle, U. S. Atty., on the brief), for appellee.

Before MARIS, FREEDMAN and SEITZ, Circuit Judges.

Reargued before HASTIE, Chief Judge, and MARIS, FREEDMAN,* SEITZ, VAN DUSEN, ALDISERT, ADAMS, GIBBONS, and ROSENN, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

On this appeal the court is evenly divided.

The judgment will be affirmed.